No. 01–1716. PACIFICARE BEHAVIORAL HEALTH OF CALIFORNIA, INC., ET AL. *v.* SMITH. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–1717. THOMPSON *v.* ALCOA, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1718. DONLON *v.* CITY OF OXNARD. C. A. 9th Cir. Certiorari denied.

No. 01–1719. STAR SCIENTIFIC, INC. *v.* KILGORE, ATTORNEY GENERAL OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 01–1721. ROLEN *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 01–1723. BECKER ET AL. *v.* MACK TRUCKS, INC. C. A. 3d Cir. Certiorari denied.

No. 01–1725. GALLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–1726. MOORE *v.* TRAVIS PRUITT & ASSOCIATES, P. C. C. A. 11th Cir. Certiorari denied.

No. 01–1728. ELLETT BROTHERS, INC. *v.* UNITED STATES FIDELITY & GUARANTY CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–1729. COUGHLIN ET UX. *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–1730. SINATRA *v.* KEENAN. Sup. Ct. Cal. Certiorari denied.

No. 01–1732. BANK ONE, N. A. *v.* SHUMAKE ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–1733. GILDER ET AL. *v.* MOORE, DBA WOODVILLE INN Co. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 01–1735. EASTON ET UX., AS SUCCESSORS IN INTEREST OF DECEDENT WINCHESTER *v.* MAREADY, SHERIFF, DEL NORTE COUNTY, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.